**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
CASE NO. 14-61001-CIV-SEITZ

ADIDAS AG, *et al.*,

    Plaintiffs,

vs.

ADIDASADIPURE11PRO2.COM, *et al.*,

    Defendants.
_____/

**ORDER GRANTING MOTION FOR FINAL DEFAULT JUDGMENT**

THIS MATTER is before the Court on Plaintiffs' Motion for Entry of Final Default Judgment. [DE-26.] Plaintiffs[1] move for final default judgment against Defendants[2] for violations of the Lanham Act. As Defendants have failed to appear, plead, or otherwise defend this action, and given the documentary evidence submitted in support of Plaintiffs' motion, the Court shall grant Plaintiffs' Motion for Final Default Judgment.

**I.     BACKGROUND**

adidas manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, athletic footwear, apparel, and sporting equipment under the trademarks **adidas**, ▲, and ⋀ (collectively, the "adidas Marks"). (*See* Zuercher Decl. [DE-5-1] ¶ 4.) adidas is the registered owner of the following trademarks on the Principal Register of the United States Patent and Trademark Office:

---

[1]  Plaintiffs are adidas AG, adidas International Marketing B.V., adidas America, Inc. (collectively, "adidas"); Reebok International Limited and Reebok International Ltd. (collectively, "Reebok"); and Sports Licensed Division of the adidas Group, LLC ("SLD").

[2]  Defendants are the Partnerships and Unincorporated Associations identified on Schedule "A" hereto.

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| ADIDAS | 0,891,222 | May 19, 1970 | IC25 - sportswear namely, suits, shorts, pants, tights, shirts, gloves, and the like; jerseys; socks; sport shoes namely, track and field training shoes, basketball shoes, and tennis shoes. |
| (trefoil logo) | 0,973,161 | November 20, 1973 | IC 13 - tote bags<br><br>IC 25 - specific purpose athletic shoes; general purpose sport shoes, sports wear-namely, suits, shorts, pants, tights, shirts, jerseys, socks, and gloves. |
| adidas | 1,300,627 | October 16, 1984 | IC 025 - sportswear namely, suits, shorts, pants, tights, shirts, jerseys, socks, gloves, jackets, coats, swimwear, sweaters, caps, pullovers, warm-up suits, rain suits, ski suits, jump suits, boots, shoes, slippers. |
| (trefoil logo) | 1,310,140 | December 18, 1984 | IC 025 - sportswear-namely, suits, shorts, pants, tights, shirts, jerseys, socks, gloves, jackets, coats, swimwear, sweaters, caps, pullovers, warm-up suits, rain suits, ski suits, jump suits, boots, shoes, slippers. |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| adidas logo | 2,411,802 | December 12, 2000 | IC 018 - all purpose sport bags, athletic bags, traveling bags, backpacks, knapsacks, beach bags<br><br>IC 025 - sports and leisure wear, namely, shorts, pants, shirts, t-shirts, jerseys, tights, socks, gloves, jackets, swimwear, caps and hats, pullovers, sweat-shirts, sweat suits, track suits, warm-up suits, rain suits; boots, slippers, sandals, specific purpose athletic shoes and general all purpose sports shoes<br><br>IC 028 - sports balls and playground balls; guards for athletic use, namely, shin guards, knee guards and leg guards |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| adidas (trefoil logo) | 3,104,117 | June 13, 2006 | IC 009 - optical apparatus and instruments, namely, eyeglasses and sunglasses<br><br>IC 014 - horological and chronometric instruments, namely, watches<br><br>IC 018 - leather and imitations of leather, and goods made from these materials in the nature of bags for general and sport use, namely handbags, tote bags, waist packs, overnight bags, backpacks, knapsacks and beach bags; trunks; traveling bags for general and sport use; leather and imitations of leather and goods made from these materials, namely, wallets, briefcases, and key cases<br><br>IC 025 - sports and leisure wear, namely suits, shorts, pants, sweatpants, skirts, skorts, dresses, blouses, shirts, t-shirts, sleeveless tops, polo shirts, vests, jerseys, sweaters, sweatshirts, pullovers, coats, jackets, track suits, training suits, warm-up suits, swimwear, underwear, socks, gloves, scarves, wristbands and belts; headgear, namely caps, hats, visors, headbands; athletic footwear and leisure foot wear, namely boots, sandals, specific purpose athletic shoes and general purpose sports shoes |

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| NITROCHARGE | 4,495,754 | March 11, 2014 | IC 025 - Footwear, athletic footwear, shirts, T-shirts, tops, wind and rain resistant tops, pants, shorts, jackets, with the exception of ski gloves, ski boots, mittens, wet suits for water skiing, and clothing, footwear and headgear for snowboarding, skiing, skateboarding, surfing and wakeboarding. IC 028 - Balls, namely, soccer balls. |

The adidas Marks are used in connection with the manufacture and distribution of goods in the categories identified above. (*See* Zuercher Decl. ¶ 5; Zuercher Comp. Ex. A [DE-5-2].)

Reebok manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, athletic footwear, apparel, and sporting equipment under the trademarks REEBOK, RBK, and ![logo] (collectively, the "Reebok Marks"). (*See* Zuercher Decl. ¶ 13.) Reebok is the registered owner of the following trademarks on the Principal Register of the United States Patent and Trademark Office:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| REEBOK | 1,133,704 | April 22, 1980 | IC 25 - shoes for use in athletic sports |

5

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| (Reebok logo) | 1,848,848 | August 9, 1994 | IC 018 - all purpose sport bags, duffel bags, tote bags, knapsacks, and shoulder bags.<br><br>IC 025 - footwear and apparel; namely, t-shirts, shirts, sweatshirts, sweaters, jackets, hats, visors, socks, sweatpants, pants, shorts, skirts, unitards, and leotards. |
| RBK | 3,074,802 | March 28, 2006 | IC 09 - eyewear, namely, eyewear cases; eyewear cleaning cloths; sunglasses; protective helmets for hockey, and skating.<br><br>IC 025 - footwear; headwear; apparel, namely, sweatpants, sweatshirts, shirts, shorts, sweaters, socks, jackets, sweat suits, warm-up suits, shooting shirts, fleece tops, tank tops, polo shirts, pants, athletic bras, leggings, skirts, turtlenecks, vests, dresses, athletic uniforms, gloves, infant wear, running suits.<br><br>IC 028 - sports equipment, namely, basketballs, footballs, rugby balls, soccer balls, in-line skates, hockey skates; protective hockey equipment, namely shin pads, elbow pads, shoulder pads, and pants; protective in-line skating equipment, namely kneepads and elbow pads. |

The Reebok Marks are used in connection with the manufacture and distribution of goods in the categories identified above. (*See* Zuercher Decl. ¶ 14.)

SLD manufactures, promotes, distributes, and sells in interstate commerce, including within this judicial district, apparel and headwear under the trademark

Mitchell & Ness (the "Mitchell & Ness Mark"). (*See* Zuercher Decl. ¶ 22.) SLD is the registered owner of the following trademark on the Principal Register of the United States Patent and Trademark Office:

| Trademark | Registration Number | Registration Date | Class / Goods |
|---|---|---|---|
| MITCHELL & NESS | 2,860,283 | July 6, 2004 | IC 025 - sports jerseys, jackets, shirts, t-shirts, sweaters, caps, hats, head bands and wrist bands |

The Mitchell & Ness Mark is used in connection with the manufacture and distribution of high quality goods in at least the categories identified above. (*See* Zuercher Decl. ¶ 23.)

Defendants, through the fully interactive commercial Internet websites operating under their partnership and unincorporated association names identified on Schedule "A" hereto (collectively the "Subject Domain Names"), have advertised, promoted, offered for sale, or sold (i) footwear and apparel bearing what Plaintiffs have determined to be counterfeits, reproductions or colorable imitations of the adidas Marks, (ii) footwear and apparel bearing what Plaintiffs have determined to be counterfeits, reproductions or colorable imitations of the Reebok Marks, and (iii) headwear and apparel bearing what Plaintiffs have determined to be counterfeits, reproductions or colorable imitations of the Mitchell & Ness Mark. (*See* Zuercher Decl. ¶¶ 31-34; *see also* Gaffigan Comp. Ex. A [DE-5-7 through DE-5-24].) Defendants are not now, nor have they ever been, authorized or licensed to use, reproduce, or make counterfeits, reproductions, or colorable imitations of the adidas Marks, Reebok Marks, or Mitchel & Ness Mark (collectively, "Plaintiffs' Marks."). (*See* Zuercher Decl. ¶ 31.)

Plaintiffs' representative reviewed and visually inspected the Internet websites, as well as the items bearing the adidas Marks, Reebok Marks, and Mitchell & Ness Mark offered for sale via the Internet websites operating under the Subject Domain

Names and determined the items offered for sale were non-genuine, unauthorized versions of Plaintiffs' products. (*See id*. at ¶¶ 32-34.)

On April 28, 2014, Plaintiffs filed their Complaint against Defendants for trademark counterfeiting and infringement, false designation of origin, cybersquatting, and common law unfair competition. [DE-1.] On April 30, 2014, Plaintiffs filed their *Ex Parte* Application for Entry of Temporary Restraining Order and Preliminary Injunction. [DE-5.] On May 7, 2014, this Court issued an Order Granting Plaintiffs' Application for Entry of a Temporary Restraining Order [DE-7], and subsequently converted the Temporary Restraining Order into a Preliminary Injunction on May 13, 2014. [DE-11.] On June 15, 2014, Plaintiffs filed their Motion for Order Authorizing Alternate Service of Process [DE-15], which the Court granted on June 17, 2014. [DE-16.] Pursuant to the Court's Order, Plaintiffs served each Defendant with their respective Summons and copies via e-mail and publication service on June 19, 2014, June 24, 2014, and July 1, 2014. (*See* Gigante Decl. [DE-26-1] ¶ 4; Proofs of Service [DE-19 through DE-22].)

On August 27, 2014, the Clerk of Court, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, entered default against Defendants for failure to appear, plead, or otherwise defend this action. [DE-24.] To date, Defendants have not sought to vacate the default or otherwise appear and defend this action. On September 5, 2014, Plaintiffs filed and served the instant motion for entry of final default judgment, to which Defendants have failed to respond.

## II.     LIABILITY

A court may enter a default judgment against a properly served defendant, who, like Defendants here, failed to file a timely responsive pleading. Fed. R. Civ. P. 55(b)(2). By such a default, all of Plaintiffs' well-pled allegations in the Complaint are deemed admitted. *Buchanan v. Bowman*, 820 F.2d 359, 361 (11th Cir. 1987). Plaintiffs are not seeking damages in this case, so no hearing on damages is necessary.

### A. Trademark Infringement

The allegations in Plaintiffs' Complaint, in conjunction with record evidence, support a finding of liability against Defendants for trademark infringement under 15 U.S.C. § 1114(1)(a). "[T]o prevail on a trademark infringement claim a plaintiff must demonstrate that (1) its mark has priority; (2) defendant used its mark in commerce [without consent]; and (3) defendant's mark is likely to cause consumer confusion." *Petmed Express, Inc. v. Medpots.com*, 336 F. Supp. 2d 1213, 1217-18 (S.D. Fla. 2004) (citing *Int'l Cosmetics Exch., Inc. v. Gapardis Health & Beauty, Inc.*, 303 F.3d 1243 (11th Cir. 2002) and *Frehling Enter., Inc. v. Int'l Select Group, Inc.*, 192 F.3d 1330 (11th Cir. 1999)). Plaintiffs have established each of these elements because: (1) Plaintiffs' ownership and registration of the trademarks at issue precede Defendants' infringing conduct (Compl. ¶¶ 22-23, 31-32, 40; Zuercher Decl. ¶¶ 4-5, 13-14, 22-23); (2) Defendants advertised, offered for sale and/or sold goods bearing Plaintiffs' marks in interstate commerce without Plaintiffs' consent (Compl. ¶¶ 48, 54; Zuercher Decl. ¶¶ 31-34; Gaffigan Comp. Ex. A); and (3) the marks used on the goods Defendants advertised, offered for sale, and/or sold are so similar to Plaintiffs' marks that consumer confusion is likely. (Compl. ¶¶ 48, 49, 56; Zuercher Decl. ¶¶ 32-34; Gaffigan Comp. Ex. A.)

### B. False Designation of Origin

Plaintiffs also allege false designation of origin under 15 U.S.C. § 1125(a)(1). The same set of facts allowing Plaintiffs to prevail under § 1114(1)(a) will result in recovery under § 1125. "This is because Section 1125(a) is broader than Section 1114 in that it covers false advertising or description whether or not it involves trademark infringement." *Babbit Elecs. v. Dynascan Corp.*, 38 F.3d 1161, 1181 (11th Cir. 1994) (citation omitted). As with trademark infringement claims, the test for liability for false designation of origin under § 43(a) is also "whether the public is likely to be deceived or confused by the similarity of the marks at issue." *Two Pesos, Inc. v. Taco Cabana, Inc.*, 505 U.S. 763, 780 (1992). As discussed above, Plaintiffs have sufficiently shown there is a

9

strong likelihood of confusion that arises because of the use by Defendants of Plaintiffs' Marks. Thus, Plaintiffs are entitled to default judgment on their false designation of origin claim.

### C.  Cybersquatting

The Anticybersquatting Consumer Protection Act ("ACPA"), 15 U.S.C. § 1125(d), imposes liability upon a person for the bad-faith intent to profit from a protected mark by registering or using a domain name that is identical to, confusingly similar to, or dilutive of that mark. *Petmed Express*, 336 F. Supp. 2d at 1218. To prevail under 15 U.S.C. § 1125(d), a plaintiff must demonstrate that "(1) its mark is distinctive or famous and entitled to protection; (2) the defendant's domain name is identical or confusingly similar to the plaintiff's mark; and (3) the defendant registered or used the domain name with a bad faith intent to profit." *Bavaro Palace, S.A. v. Vacation Tours, Inc.*, 203 Fed. App'x. 252, 256 (11th Cir. 2006). In this case, the well-pled allegations demonstrate Plaintiffs' Marks are distinctive and famous, that the infringing domain names are confusingly similar, and that Defendants registered the cybersquatting domain names with the bad-faith intent to profit from them. (Compl. ¶¶ 25, 34, 42, 48, 58.) As such, Defendants are liable for cybersquatting under 15 U.S.C. § 1125(d).

### D.  Unfair Competition

"To prevail on a Florida common law unfair competition claim, a plaintiff must prove that (1) the plaintiff is the prior user of the trade name or service mark, (2) the trade name or service mark is arbitrary or suggestive or has acquired secondary meaning, (3) the defendant is using a confusingly similar trade name or service mark to indicate or identify similar services rendered (or similar goods marketed) by it in competition with plaintiff in the same trade area in which plaintiff has already established its trade name or service mark, and (4) as a result of the defendant's action or threatened action, consumer confusion as to the source or sponsorship of the defendant's goods or services is likely." *Petmed Express*, 336 F. Supp. 2d at 1219.

Plaintiffs have proved these elements because (1) Plaintiffs' ownership and registration of the trademarks at issue precede Defendants' infringing conduct (Compl. ¶¶ 22-23, 31-32, 40; Zuercher Decl. ¶¶ 4-5, 13-14, 22-23); (2) Plaintiffs' marks have acquired secondary meaning (Compl. ¶¶ 27, 36, 44); (3) Defendants advertised, offered for sale and/or sold goods bearing Plaintiffs' marks in the same trade area without Plaintiffs' consent (Compl. ¶¶ 48, 52, 54; Zuercher Decl. ¶¶ 31-34; Gaffigan Comp. Ex. A); and (4) the marks used on the goods Defendants advertised, offered for sale, and/or sold are so similar to Plaintiffs' marks that consumer confusion is likely. (Compl. ¶¶ 48, 49, 56; Zuercher Decl. ¶¶ 32-34; Gaffigan Comp. Ex. A.) Accordingly, Plaintiffs have succeeded on the merits of their common-law unfair-competition claim.

### III. INJUNCTIVE RELIEF

A plaintiff seeking a permanent injunction under 15 U.S.C. § 1116 and 17 U.S.C. § 502 must demonstrate that (1) it has suffered an irreparable injury; (2) remedies at law, such as monetary damages, are inadequate to compensate for that injury; (3) considering the balance of hardship between plaintiff and defendant, a remedy in equity is warranted; and (4) that the public interest would not be disserved by a permanent injunction. *See eBay, Inc. v. MercExchange, LLC*, 547 U.S. 388, 391 (2006).

Plaintiffs are entitled to the requested injunctive relief. The well-pled allegations and record evidence demonstrate that Plaintiffs have developed goodwill among the consuming public which would be undermined if Defendants are not prohibited from further infringement. Defendants' counterfeit products will create irreparable harm and confusion, particularly because the counterfeit products bear identical markings as Plaintiffs' genuine merchandise but are not manufactured to Plaintiffs' quality standards. (Compl. ¶¶ 48-56.) Moreover, Defendants willfully infringed Plaintiffs' marks, which demonstrates a likelihood that Defendants would continue to harm Plaintiffs' trademarks if the Court declined to issue an injunction. *See Petmed Express*, 336 F. Supp. 2d at 1222-23 (entering permanent injunction under 15 U.S.C. § 1116 to

prevent further infringement of federally-protected trademarks). As there is no countervailing public interest in this case, the equities favor injunctive relief.

## IV. CONCLUSION

For the reasons stated above, it is hereby

ORDERED THAT

Plaintiffs' Motion for Entry of Final Default Judgment [DE 26] is GRANTED. The Court shall concurrently enter Final Default Judgment against Defendants.

DONE AND ORDERED in Miami, Florida, this 18th day of September, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record

## SCHEDULE "A"
## DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAMES

| Defendant Number | Defendant / Domain Name |
|---|---|
| 1 | adidasadipure11pro2.com |
| 2 | 2013mercurial.net |
| 2 | mercurialix.net |
| 3 | 2013mercurialcr7.com |
| 3 | mercurialfg2013.com |
| 3 | mercurialsx2013.com |
| 3 | mercurialvaporxv.net |
| 3 | mercurialxfg2013.com |
| 4 | 2013nikemercurialvapor.com |
| 4 | adidascopamundialfg.org |
| 4 | adidasnitrocharge.com |
| 4 | adidasnitrochargekaufen.com |
| 4 | allmercurial.com |
| 4 | blackmercurialcleats.com |
| 4 | blackoutmercurials.com |
| 4 | bluemercurial.com |
| 4 | cheapadidasnitrocharge.com |
| 4 | cheapmercurial9.com |
| 4 | cr7mercurial2013.com |
| 4 | cr7mercurial9.com |
| 4 | cr7mercurialix.com |
| 4 | cr7mercurialsuperfly.com |
| 4 | cr7mercurialvaporix.com |
| 4 | cramponsmercurial.com |
| 4 | crmercurialix.com |
| 4 | crmercurialvaporix.com |
| 4 | f50mercurial.com |
| 4 | galaxymercurials.com |
| 4 | gsmercurial.com |
| 4 | jrmercurialvictoryfg.com |
| 4 | mercurial9cleats.com |
| 4 | mercurialastroturf.com |
| 4 | mercurialazul.com |

| | |
|---|---|
| 4 | mercurialcustomize.com |
| 4 | mercurialexplosivespeed.com |
| 4 | mercurialfutsal2013.com |
| 4 | mercurialhypervenom.com |
| 4 | mercurialixcr7.com |
| 4 | mercurialixorange.com |
| 4 | mercurialixyellow.com |
| 4 | mercurialmango.com |
| 4 | mercurialnewvapor.com |
| 4 | mercurialneymar.com |
| 4 | mercurialspeed.com |
| 4 | mercurialsummer.com |
| 4 | mercurialsuperfly2013.com |
| 4 | mercurialsuperflysafariiii.com |
| 4 | mercurialvapor8acc.com |
| 4 | mercurialvapor8allegro.com |
| 4 | mercurialvaporcr7.com |
| 4 | mercurialvaporixcr7.com |
| 4 | mercurialvapors9.com |
| 4 | mercurialvaporscr7.com |
| 4 | mercurialvaporsuperflyiv.com |
| 4 | mercurialvelocefg.com |
| 4 | mercurialvictoryglide.com |
| 4 | mercurialvictoryturf.com |
| 4 | mercurialviiicr.com |
| 4 | mercurialyellow.com |
| 4 | new2013mercurials.com |
| 4 | newmercurialcr7.com |
| 4 | neymarmercurial2013.com |
| 4 | nikemercurial2014cr7.com |
| 4 | nikemercurialbillig.com |
| 4 | nikemercurialiv.com |
| 4 | nikemercurialpascher.com |
| 4 | nikemercurialreflective.com |
| 4 | nikemercurialsg.com |
| 4 | nikemercurialvaporixfg.com |
| 4 | nikemercurialvaporr9.com |
| 4 | nikemercurialworldcup2014.com |

| | |
|---|---|
| 4 | nitrochargefg.com |
| 4 | predatoradidas2013.org |
| 4 | ronaldomercurialgalaxy.com |
| 4 | ronaldomercurialvapor.com |
| 4 | sepatumercurial9.com |
| 4 | vapor9mercurial.com |
| 4 | yellowmercurial9.com |
| 5 | 2013mercurialpurplevolt.com |
| 5 | 2014worldcupmercurial.com |
| 5 | cheapmercurialsboots.com |
| 5 | cheapmercurialsoccercleats.com |
| 5 | cheapmercurialsvapors.com |
| 5 | cheapmercurialx.com |
| 5 | customizedmercurials.com |
| 5 | hypervenommercurial.com |
| 5 | lavezzinitrocharge.com |
| 5 | mercurialacc.com |
| 5 | mercurialcleats2014.com |
| 5 | mercurialcrobsidiansilver.com |
| 5 | mercurialelectropurple.com |
| 5 | mercurialneymar2013.com |
| 5 | mercurialobsidian.com |
| 5 | mercurialvapor9citrus.com |
| 5 | mercurialvapor9cr7galaxy.com |
| 5 | mercurialvaporcr7safari.com |
| 5 | mercurialvaporixcrimson.com |
| 5 | newnitrocharge.com |
| 5 | nikemercurialpurple.com |
| 5 | nitrocharge2014boots.com |
| 5 | nitrochargegreen.com |
| 5 | nitrochargesblackout.com |
| 5 | novamercurialneymar.com |
| 5 | sepatufutsalmercurial.com |
| 6 | 2013mercurialvaporxs.com |
| 6 | mercurialvaporx2014.com |
| 6 | mercurialvaporxs2013.com |
| 7 | 2014mercurial.com |
| 7 | blackmercurialvapor10.com |

|     |     |
| --- | --- |
| 7   | mercurialcr.com |
| 7   | mercurialcr7.com |
| 7   | mercurialcr7.net |
| 7   | mercurialixcr.com |
| 7   | mercurialxv.com |
| 8   | 2014mercurialvapor.com |
| 9   | 2014mercurialvaporix.com |
| 10  | 2014nikemercurial.com |
| 10  | mercurialvaporpurple.com |
| 11  | 2014nikemercurials.com |
| 12  | adidascopamundial.com |
| 13  | adidascopamundialsamba.org |
| 14  | adidasf50adizeroiv.com |
| 15  | adidasf50red.com |
| 16  | adidasnitrocharge2014.org |
| 17  | adidaspredatorlz2.com |
| 18  | adidaspredatorlz2014.com |
| 19  | adidas-shoes.net |
| 20  | blackmercurialvaporix.com |
| 20  | nitrocharge10trxfgboots.com |
| 21  | blackmercurialx.com |
| 21  | mercurialvaporxsoccershoes.com |
| 22  | blackoutfootballboots.com |
| 22  | nikemercurialgalaxy.com |
| 22  | nikemercurialxv.com |
| 22  | nitrochargeblackout.com |
| 22  | nitrochargeucl.com |
| 22  | nouvellemercurial2014.com |
| 23  | blackoutmercurial2014.com |
| 23  | mercurialpredator.com |
| 23  | mercurialsuperflysales.com |
| 23  | newmercurialvapor2014.com |
| 23  | themercurialid.com |
| 23  | themercurialstore.com |
| 23  | worldcup2014mercurial.com |
| 24  | buynikenfl.me |
| 25  | cheapmercurial2012.com |
| 25  | mercurial2013.com |

| 25 | mercurialschuhe.com |
|---|---|
| 25 | mercurialvaporschuhe.com |
| 26 | cheapmercurial2013.com |
| 27 | cheapmercurialix.com |
| 27 | mercurialvaporxi.com |
| 27 | newmercurial9boots.com |
| 27 | nitrocharge10fg.com |
| 27 | nitrocharge10trxfg.com |
| 27 | soccermercurialx.com |
| 28 | cheapmercurialsuperfly.org |
| 29 | cheapmercurialvaporx.com |
| 29 | cheapmercurialvaporx2013.com |
| 29 | cheapnitrochargeshoes.com |
| 29 | latestnitrocharge.com |
| 29 | mercurialrosa.com |
| 29 | mercurialvapor10x.com |
| 29 | mercurialvaporixboots.com |
| 29 | mercurialvaporixse.com |
| 29 | mercurialvaporxbuy.com |
| 29 | minitrocharge10shoes.com |
| 29 | nitrocharge3.com |
| 29 | nitrocharge30shoes.com |
| 30 | cr7mercurialvapor2013.com |
| 31 | cr7mercurialvaporixfg.com |
| 31 | mercurialvaporixbotasdefutbol.com |
| 32 | crmercurialvapor.com |
| 33 | footballnitrocharge.com |
| 34 | iadidasjp.org |
| 35 | mercurial2013.net |
| 36 | mercurial2013new.com |
| 36 | newmercurial2013shoes.com |
| 37 | mercurial2013vapor.com |
| 38 | mercurial2013website.com |
| 38 | mercurialr9.com |
| 38 | mercurialvapor9reviews.com |
| 38 | mercurialvaporxv.com |
| 39 | mercurial8.com |
| 40 | mercurial9galaxy.com |

| 41 | mercurialcr2013.com |
|---|---|
| 41 | mercurialtf2013.com |
| 42 | mercurialcr7cleats.com |
| 43 | mercurialcr7sales.com |
| 44 | mercurialesgalaxy.com |
| 45 | mercurialf50sales.com |
| 45 | mercurialshopping.com |
| 46 | mercurial-field.net |
| 47 | mercurialixcr7galaxy.com |
| 47 | nikemercurialixcr7.com |
| 48 | mercurialmiracles.net |
| 49 | mercurialneolime.com |
| 50 | mercurialoutlet.biz |
| 51 | mercurialscarpe.com |
| 52 | mercurialscleats.com |
| 53 | mercurialsgalaxy.com |
| 54 | mercurialshoes2013.com |
| 55 | mercurialvapor92013.com |
| 56 | mercurialvapor9boots.com |
| 56 | nitrocharge3.net |
| 57 | mercurial-vapor-pascher.com |
| 58 | mercurialvapors2013.com |
| 58 | nikemercurialfoot.com |
| 59 | mercurialvaporx10.com |
| 60 | mercurialvaporxv.org |
| 60 | nitrocharge10footballboots.com |
| 61 | mercurialvaporxvcleats.com |
| 61 | mercurialvaporxvlimitededition.com |
| 61 | mercurialvaporxvlimitededition1998.com |
| 61 | nitrochargecleats.com |
| 61 | nitrochargesoccercleats.com |
| 61 | nitrochargetrxfg.com |
| 62 | mercurialvaporzone.com |
| 63 | mercurialx10.com |
| 63 | mercurialx2013.com |
| 64 | newerahatsfromchina.com |
| 64 | snapbackhatclub.com |
| 65 | newmercurial8.com |

18

| | |
|---|---|
| 66 | newmercurial9.org |
| 67 | newnikemercurial2013.com |
| 67 | themercurialfield.com |
| 68 | nikemercurial2013cr7.com |
| 69 | nikemercurial2015.com |
| 70 | nikemercurialinc.com |
| 71 | nikemercurialoutlet.biz |
| 72 | nikemercurials.org |
| 73 | nikemercurialssale.us |
| 74 | nikemercurialvapor-9.com |
| 75 | nikemercurialx.com |
| 76 | nikmercurial10.com |
| 77 | nitro-charge.com |
| 78 | nitrocharge.us |
| 79 | nitrocharge1.net |
| 80 | nitrocharge10.com |
| 81 | nitrocharge10cleats.com |
| 82 | nitrocharge2014.com |
| 83 | nuevasmercurial2014.com |
| 84 | scarpemercurialvapor.com |
| 85 | sellmercurial.com |
| 86 | soccernitrocharge.com |
| 87 | wholesale-sold.com |
| 88 | worldcupmercurial.com |
| 89 | worldcupsoccercleats.com |
| 90 | zapatosmercurial2014.com |